

**Signed: June 16, 2010**

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

In re Syreeta Daniele Corbitt,　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　Case No. 10-45971
　　　　　　Debtor.　　　　　　　　　　　)　Chapter 13
_____)

**ORDER FOR GEORGE HOLLAND JR., AND DELLA N. SMITH**
**TO APPEAR AND SHOW CAUSE**

In accordance with the record established at an April 7, 2010 hearing in case number 10-40752, *In re Abenoja*) attorneys George Holland, Jr., Henri E. Norris and Della Smith, filed at least 18 cases where the proper venue was outside the Northern District of California, and/or the Oakland Division. At such hearing, Holland stated Norris and Smith were "of counsel" attorneys associated with his law firm. Following the April 7, hearing the Court entered an *Order For Disgorgement Of Fees* in case 10-40752 (docket entry 19), for Holland, Norris and Smith to disgorge all fees received in the improper venue cases, and further ordered:

> If Holland, Norris or any other person working from, for or in connection with the Law Office of George Holland Jr., files a case in this Court where venue as to the district or division is improper, Holland's CM/ECF electronic filing status will be immediately revoked, and he will thereby be barred from filing any documents in this Court electronically, on paper or otherwise.

On May 25, 2010, Smith filed a petition in the above-captioned case, signing it as the attorney of record for the Debtor, and stating on the petition her address as Della N. Smith, Holland

1 | Law Firm, 1970 Broadway, Suite 1030, Oakland, CA 94612.[1]

2 |     The petition states the Debtor's street address as 610 Poplar Avenue, Vallejo, California, and a county of residence or principal place of business as Solano County, California. Solano County is geographically located in the Eastern District of California, Sacramento Division. Accordingly, on May 28, 2010, the Court issued an *Order to Show Cause* (doc. 9) providing the Debtor 10 days within which to file a declaration to show cause why the case should not be transferred to the Eastern District.[2] On June 4, 2010, Smith filed a *Motion to Extend Time* (doc. 11) for filing certain documents in this case, providing in the caption the identical aforementioned Holland Law Firm address. Upon expiration of the 10 days, with no response to the *Order to Show Cause* on file, an order entered transferring this case to the Eastern District.

    In accordance with the foregoing, Holland and Smith are hereby ordered to appear on **July 14, 2010 at 9:30 a.m.** in courtroom 220, 1300 Clay Street, Oakland, California to show cause why sanctions should not be imposed in accordance with the *Order For Disgorgement Of Fees* entered in case 10-40752.

**IT IS SO ORDERED.**

**END OF ORDER**

---

[1] The address of record for Holland, provided to the Clerk of the Northern District of California Bankruptcy Court for the CM/ECF system, is also Law Offices of George Holland, Jr. 1970 Broadway, Suite 1030, Oakland, CA 94612.

[2] The *Order to Show Cause* was served upon Smith by regular mail to the 1970 Broadway, Suite 1030, Oakland, CA 94612 address, and also to the e-mail addresses she registered with Clerk of the Court for receiving notices through the CM/ECF system. (*See*, BNC Certificate of Mailing for *Order to Show Cause*, doc. 10).

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | George Holland, Jr.<br>Law Office of George Holland Jr. |
| 3 | 1970 Broadway St. #1030<br>Oakland, CA 94612 |
| 4 | |
| 5 | Della N. Smith<br>Holland Law Firm |
| 6 | 1970 Broadway, Suite 1030<br>Oakland, CA 94612 |
| 7 | Office of the U.S. Trustee<br>1301 Clay St. #690N |
| 8 | Oakland, CA 94612 |